# Exhibit B

(non party)

Tesla Motors Inc.
3500 Deer Creek Rd
Palo Alto, CA 94304

# Invoice

| | |
|---|---|
| Invoice Number | 9 |
| Invoice Date | 02/08/2024 |
| Payment Due On | 02/08/2024 |
| **Amount Due** | **$26,217.10** |

## 2267 - Yarovoy - Lemon Law

Fees

| Date | Description | Staff | Rate | Hours | Total |
|---|---|---|---|---|---|
| 12/13/2022 | Services provided on 12/13/2022<br>- 2 internal messages sent/reviewed (0.10hrs) | DTL | $625.00 | 0.10 | $62.50 |
| 12/20/2022 | Services provided on 12/20/2022<br>- 2 internal messages sent/reviewed (0.10hrs) | DTL | $625.00 | 0.10 | $62.50 |
| 01/05/2023 | Services provided on 1/5/2023<br>- 2 internal messages sent/reviewed (0.10hrs) | DTL | $625.00 | 0.10 | $62.50 |
| 01/06/2023 | Services provided on 1/6/2023<br>- 1 internal message sent/reviewed (0.10hrs) | DTL | $625.00 | 0.10 | $62.50 |
| 01/09/2023 | Services provided on 1/9/2023<br>- 1 internal message sent/reviewed (0.10hrs) | DTL | $625.00 | 0.10 | $62.50 |
| 01/11/2023 | Services provided on 1/11/2023<br>- Phone Call To: Vadim Yarovoy (0.10hrs)<br>- Phone Call To: Vadim Yarovoy (0.10hrs)<br>- Memo created - Settlement Offer (0.20hrs)<br>- 4 internal messages sent/reviewed (0.10hrs) | DTL | $625.00 | 0.50 | $312.50 |
| 01/20/2023 | Vehicle Inspection | DTL | $675.00 | 1.20 | $810.00 |
| 01/23/2023 | Services provided on 1/23/2023<br>- Phone Call From: Vadim Yarovoy (0.10hrs) | DTL | $625.00 | 0.10 | $62.50 |
| 02/02/2023 | Services provided on 2/2/2023<br>- 3 internal messages sent/reviewed (0.10hrs) | DTL | $625.00 | 0.10 | $62.50 |

| Date | Description | | | | |
|---|---|---|---|---|---|
| 03/04/2023 | Services provided on 3/4/2023<br>- Tesla battery replacement estimate_ reviewed (0.10hrs) | DTL | $625.00 | 0.10 | $62.50 |
| 03/06/2023 | tesla 12v battery replacement reviewed | JS | $100.00 | 0.10 | $10.00 |
| 03/06/2023 | Tesla battery replacement estimate_ reviewed | JS | $100.00 | 0.10 | $10.00 |
| 03/06/2023 | Invoice 1237 - HV Battery diagnostic - Vadim Yarovoy - 2014 Tesla S Base created | JS | $100.00 | 0.10 | $10.00 |
| 03/06/2023 | 2019-09-11battery replacement reviewed | JS | $100.00 | 0.10 | $10.00 |
| 03/06/2023 | 4 emails sent/reviewed | JS | $100.00 | 0.20 | $20.00 |
| 03/06/2023 | Services provided on 3/6/2023<br>- Tesla Service Summary reviewed (0.10hrs)<br>- supercharger-fix reviewed (0.10hrs)<br>- 4 internal messages sent/reviewed (0.10hrs) | DTL | $625.00 | 0.30 | $187.50 |
| 03/15/2023 | 2 emails sent/reviewed | JS | $100.00 | 0.40 | $40.00 |
| 03/20/2023 | Services provided on 3/20/2023<br>- Phone Call From: Vadim Yarovoy (0.10hrs) | DTL | $625.00 | 0.10 | $62.50 |
| 03/23/2023 | 1 email sent/reviewed | JS | $100.00 | 0.10 | $10.00 |
| 04/07/2023 | Services provided on 4/7/2023<br>- Invoice 1237 - HV Battery diagnostic - Vadim Yarovoy - 2014 Tesla S Base reviewed (0.10hrs) | DTL | $625.00 | 0.10 | $62.50 |
| 04/17/2023 | Services provided on 4/17/2023<br>- 1 email sent/reviewed regarding Yarovoy - 2014 Tesla Model S (0.10hrs)<br>- Phone Call To: Kevin S. Jay (0.10hrs) | DTL | $625.00 | 0.20 | $125.00 |
| 04/19/2023 | 20140628_Purchase_agreement reviewed | JS | $100.00 | 0.10 | $10.00 |
| 04/19/2023 | 20230419_Auto_Fraud_Warranty_Complaint created, then edited | JS | $100.00 | 0.40 | $40.00 |
| 04/19/2023 | Matter admin | JS | $100.00 | 0.10 | $10.00 |
| 04/19/2023 | Tesla Title reviewed | JS | $100.00 | 0.10 | $10.00 |
| 04/19/2023 | 20220920_airbag light_invoice reviewed | JS | $100.00 | 0.10 | $10.00 |
| 04/19/2023 | Investigation | JS | $100.00 | 1.00 | $100.00 |
| 04/19/2023 | Draft Pleading | JS | $100.00 | 4.50 | $450.00 |
| 04/19/2023 | Services provided on 4/19/2023<br>- 2 internal messages sent/reviewed (0.10hrs) | DTL | $625.00 | 0.10 | $62.50 |
| 04/20/2023 | 20230420_Civil Case Cover Sheet created, then edited | JS | $100.00 | 0.10 | $10.00 |
| 04/20/2023 | Tesla Service Summary reviewed | JS | $100.00 | 0.20 | $20.00 |
| 04/20/2023 | 20230420_Summons created, then edited | JS | $100.00 | 0.20 | $20.00 |
| 04/20/2023 | 20140619__Penfed_Loan reviewed | JS | $100.00 | 0.10 | $10.00 |
| 04/20/2023 | 20220930_CostcoTireCenter_Front tires install_ reviewed | JS | $100.00 | 0.10 | $10.00 |
| 04/20/2023 | 20230420_CLRA Letter created | JS | $100.00 | 0.10 | $10.00 |

| Date | Description | | | | |
|---|---|---|---|---|---|
| 04/20/2023 | 20171212_Costco_TireCenter_Invoice reviewed | JS | $100.00 | 0.10 | $10.00 |
| 04/20/2023 | 20180509_steering bolt recall letter 1 reviewed | JS | $100.00 | 0.10 | $10.00 |
| 04/20/2023 | Rebate Application Form reviewed | JS | $100.00 | 0.10 | $10.00 |
| 04/20/2023 | Matter admin | JS | $100.00 | 0.10 | $10.00 |
| 04/20/2023 | 20180530_rear drive replacing reviewed | JS | $100.00 | 0.10 | $10.00 |
| 04/20/2023 | Model_3_New_Vehicle_Limited_Warranty_NA_en reviewed | JS | $100.00 | 0.10 | $10.00 |
| 04/20/2023 | 20230419_Auto_Fraud_Warranty_Complaint edited | JS | $100.00 | 0.30 | $30.00 |
| 04/20/2023 | 20221009_tesla airbag from x estimate #2 reviewed | JS | $100.00 | 0.10 | $10.00 |
| 04/21/2023 | Services provided on 4/21/2023<br>- 5 internal messages sent/reviewed (0.10hrs) | DTL | $625.00 | 0.10 | $62.50 |
| 04/27/2023 | 20230420_Civil Case Cover Sheet reviewed | JS | $100.00 | 0.10 | $10.00 |
| 05/02/2023 | Services provided on 5/2/2023<br>- 20160212_Tesla Supercharging Order_email reviewed (0.10hrs)<br>- Phone Call To: Kevin S. Jay (0.30hrs) | DTL | $625.00 | 0.40 | $250.00 |
| 05/08/2023 | 1 email sent/reviewed | JS | $100.00 | 0.10 | $10.00 |
| 05/15/2023 | 1 email sent/reviewed | JS | $100.00 | 0.10 | $10.00 |
| 05/23/2023 | Services provided on 5/23/2023<br>- Phone Call From: Kevin S. Jay (0.10hrs) | DTL | $625.00 | 0.10 | $62.50 |
| 05/25/2023 | 20230420_Summons edited | JS | $100.00 | 0.10 | $10.00 |
| 05/25/2023 | 20230525_Civil Case Cover Sheet edited and reviewed | JS | $100.00 | 0.10 | $10.00 |
| 05/25/2023 | 20230525_Yarovoy_JAMS_Petition reviewed | JS | $100.00 | 0.10 | $10.00 |
| 05/25/2023 | Matter admin | JS | $100.00 | 0.10 | $10.00 |
| 05/25/2023 | 20230525_Yarovoy_JAMS_Petition created, then edited | JS | $100.00 | 0.80 | $80.00 |
| 05/25/2023 | 20230525_Auto_Fraud_Warranty_Complaint edited | JS | $100.00 | 0.30 | $30.00 |
| 05/25/2023 | 1 email sent/reviewed | JS | $100.00 | 0.10 | $10.00 |
| 05/25/2023 | Services provided on 5/25/2023<br>- 20230525_Yarovoy_JAMS_Petition reviewed (0.20hrs)<br>- 16 internal messages sent/reviewed (0.20hrs) | DTL | $625.00 | 0.40 | $250.00 |
| 05/26/2023 | Services provided on 5/26/2023<br>- 1 internal message sent/reviewed (0.10hrs) | DTL | $625.00 | 0.10 | $62.50 |
| 06/01/2023 | 20230601_Complaint created, then edited | JS | $100.00 | 0.20 | $20.00 |
| 06/01/2023 | 2023-05-12-complaint reviewed | JS | $100.00 | 0.10 | $10.00 |
| 06/01/2023 | Services provided on 6/1/2023<br>- 2023-05-12-complaint created (0.10hrs)<br>- 1 internal message sent/reviewed (0.10hrs) | DTL | $625.00 | 0.20 | $125.00 |
| 06/02/2023 | 20230602_Complaint_DRAFT created, then edited | JS | $100.00 | 4.10 | $410.00 |

| Date | Description | | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 06/02/2023 | Services provided on 6/2/2023<br>- 1 internal message sent/reviewed (0.10hrs) | DTL | $625.00 | 0.10 | $62.50 |
| 06/05/2023 | Auto_Fraud_Warranty_Complaint - LATEST created | JS | $100.00 | 0.10 | ~~$10.00~~ |
| 06/07/2023 | 20230525_Auto_Fraud_Warranty_Complaint edited | JS | $100.00 | 0.20 | $20.00 |
| 06/07/2023 | Services provided on 6/7/2023<br>- 20140421_purchase-agreement reviewed (0.10hrs) | DTL | $625.00 | 0.10 | $62.50 |
| 06/08/2023 | Services provided on 6/8/2023<br>- 6 internal messages sent/reviewed (0.10hrs) | DTL | $625.00 | 0.10 | $62.50 |
| 06/16/2023 | 20230616_Civil Case Cover Sheet edited and reviewed | JS | $100.00 | 0.10 | $10.00 |
| 06/16/2023 | 20230616_Summons edited and reviewed | JS | $100.00 | 0.10 | $10.00 |
| 06/16/2023 | 20230525_Auto_Fraud_Warranty_Complaint edited | JS | $100.00 | 0.10 | $10.00 |
| 06/16/2023 | Services provided on 6/16/2023<br>- 3 internal messages sent/reviewed (0.10hrs) | DTL | $625.00 | 0.10 | $62.50 |
| 06/19/2023 | 20230619_Newedits_Complaint - LATEST created, then edited | JS | $100.00 | 0.40 | $40.00 |
| 06/19/2023 | 20230619_Complaint_DTL edits edited | JS | $100.00 | 2.20 | $220.00 |
| 06/19/2023 | Services provided on 6/19/2023<br>- 2023-05-12-complaint reviewed (0.10hrs)<br>- 20230619_Complaint_DTL edits created, then edited (0.20hrs)<br>- 20230616_Class Action_Complaint_DRAFT edited (0.50hrs)<br>- 7 internal messages sent/reviewed (0.20hrs) | DTL | $625.00 | 1.00 | $625.00 |
| 06/20/2023 | 20230619_Complaint_DTL edits edited and reviewed | JS | $100.00 | 1.30 | $130.00 |
| 06/20/2023 | 20230619_Newedits_Complaint - LATEST edited | JS | $100.00 | 2.90 | $290.00 |
| 06/20/2023 | 20140421_purchase-agreement reviewed | JS | $100.00 | 0.10 | $10.00 |
| 06/20/2023 | 20230619_Newedits_Complaint - LATEST reviewed | JS | $100.00 | 0.10 | $10.00 |
| 06/20/2023 | 20230616_Summons reviewed | JS | $100.00 | 0.10 | $10.00 |
| 06/20/2023 | Services provided on 6/20/2023<br>- 20230619_Newedits_Complaint - LATEST reviewed (0.10hrs)<br>- 5 internal messages sent/reviewed (0.10hrs)<br>- Matter admin (0.10hrs) | DTL | $625.00 | 0.30 | $187.50 |
| 06/21/2023 | Services provided on 6/21/2023<br>- 20230621_Yarovoy_Complaint created (0.40hrs) | DTL | $625.00 | 0.40 | $250.00 |
| 06/26/2023 | 20230616_Summons reviewed | JS | $100.00 | 0.10 | $10.00 |
| 06/26/2023 | Matter admin | JS | $100.00 | 0.10 | $10.00 |
| 06/26/2023 | Services provided on 6/26/2023<br>- 3 internal messages sent/reviewed (0.10hrs) | DTL | $625.00 | 0.10 | $62.50 |
| 06/27/2023 | 20230621_Yarovoy_Complaint edited | JS | $100.00 | 0.10 | $10.00 |

| 06/27/2023 | Repair Details created | JS | $100.00 | 0.10 | $10.00 |
|---|---|---|---|---|---|
| 06/27/2023 | Matter admin | JS | $100.00 | 0.10 | $10.00 |
| 06/27/2023 | Tesla Service Summary reviewed | JS | $100.00 | 0.20 | $20.00 |
| 06/28/2023 | 20180530_rear drive replacing reviewed | JS | $100.00 | 0.10 | $10.00 |
| 06/28/2023 | 20160114_heater-fix reviewed | JS | $100.00 | 0.10 | $10.00 |
| 06/28/2023 | 20221021_airbag service reviewed | JS | $100.00 | 0.10 | $10.00 |
| 06/28/2023 | Repair Details created, then edited | JS | $100.00 | 1.90 | $190.00 |
| 06/28/2023 | 20210528_tesla 12v battery replacement reviewed | JS | $100.00 | 0.10 | $10.00 |
| 06/28/2023 | 20220208_Tesla LTE upgrade reviewed | JS | $100.00 | 0.10 | $10.00 |
| 06/28/2023 | 20171211_driver-handle_Invoice reviewed | JS | $100.00 | 0.20 | $20.00 |
| 06/28/2023 | 20221031_Tesla battery replacement estimate_ reviewed | JS | $100.00 | 0.10 | $10.00 |
| 06/28/2023 | Services provided on 6/28/2023<br>- Repair Details reviewed (0.10hrs)<br>- 4 internal messages sent/reviewed (0.10hrs) | DTL | $625.00 | 0.20 | $125.00 |
| 07/03/2023 | Services provided on 7/3/2023<br>- 20230525_Auto_Fraud_Warranty_Complaint reviewed (4.40hrs)<br>- 20230701_Auto_Fraud_Warranty_Complaint created (0.10hrs) | DTL | $625.00 | 4.50 | $2,812.50 |
| 07/06/2023 | Services provided on 7/6/2023<br>- 20230706_Auto_Fraud_Warranty_Complaint created (1.50hrs)<br>- 1 internal message sent/reviewed (0.10hrs) | DTL | $625.00 | 1.60 | $1,000.00 |
| 07/10/2023 | Repair Details reviewed | JS | $100.00 | 0.10 | $10.00 |
| 07/10/2023 | 1 email sent/reviewed | JS | $100.00 | 0.10 | $10.00 |
| 07/10/2023 | Services provided on 7/10/2023<br>- Repair Details reviewed (0.10hrs)<br>- 20230706_Auto_Fraud_Warranty_Complaint edited (1.50hrs)<br>- 20230621_Yarovoy_Complaint reviewed (0.50hrs) | DTL | $625.00 | 2.10 | $1,312.50 |
| 07/11/2023 | Matter admin | JS | $100.00 | 0.10 | $10.00 |
| 07/11/2023 | 20230711Summons edited and reviewed | JS | $100.00 | 0.10 | $10.00 |
| 07/11/2023 | 20230711_Yarovoy_Auto_Warranty_Complaint_FINAL reviewed | JS | $100.00 | 0.40 | $40.00 |
| 07/11/2023 | 2023_Civil Case Cover Sheet Addendum created, then edited | JS | $100.00 | 0.10 | $10.00 |
| 07/11/2023 | 20230711_Civil Case Cover Sheet edited and reviewed | JS | $100.00 | 0.10 | $10.00 |
| 07/11/2023 | Services provided on 7/11/2023<br>- warranty summary reviewed (0.10hrs)<br>- 20140421_purchase-agreement reviewed (0.10hrs) | DTL | $625.00 | 2.50 | $1,562.50 |

| | | | | | |
|---|---|---|---|---|---|
| | - 20230711_Yarovoy_Auto_Warranty_Complaint created, then edited (0.90hrs)<br>- 20230711_Yarovoy_Auto_Warranty_Complaint created (0.10hrs)<br>- 20230711_Yarovoy_Auto_Warranty_Complaint_FINAL created (0.10hrs)<br>- Repair Details reviewed (0.70hrs)<br>- Infotrack civil reviewed (0.10hrs)<br>- infotrack fees reviewed (0.10hrs)<br>- Memo edited - Settlement Offer (0.10hrs)<br>- 8 internal messages sent/reviewed (0.20hrs) | | | | |
| 07/12/2023 | Services provided on 7/12/2023<br>- CLT_Client Representation Agreement_Ltr created (0.20hrs)<br>- 20230711_Civil Case Cover Sheet reviewed (0.10hrs)<br>- 20230711_Yarovoy_Auto_Warranty_Complaint_FINAL reviewed (0.10hrs)<br>- 6 internal messages sent/reviewed (0.10hrs)<br>- Matter admin (0.10hrs) | DTL | $625.00 | 0.60 | $375.00 |
| 07/13/2023 | 20230711_Notice of Case Management Conference created | JS | $100.00 | 0.10 | $10.00 |
| 07/13/2023 | 20230711_Stamped_Documents created | JS | $100.00 | 0.10 | $10.00 |
| 07/13/2023 | 20230711_Notice of E-Filing Confirmation created | JS | $100.00 | 0.10 | $10.00 |
| 07/13/2023 | Matter admin | JS | $100.00 | 0.10 | $10.00 |
| 07/13/2023 | 20230711_Stamped_documents created | JS | $100.00 | 0.10 | $10.00 |
| 07/13/2023 | Services provided on 7/13/2023<br>- Memo created, then edited - call with client (0.10hrs)<br>- 11 internal messages sent/reviewed (0.10hrs) | DTL | $625.00 | 0.20 | $125.00 |
| 07/14/2023 | 1 email sent/reviewed | JS | $100.00 | 0.10 | $10.00 |
| 07/14/2023 | Services provided on 7/14/2023<br>- 2023_Civil Case Cover Sheet Addendum reviewed (0.10hrs)<br>- 20230711Summons reviewed (0.10hrs)<br>- 4 internal messages sent/reviewed (0.10hrs) | DTL | $625.00 | 0.30 | $187.50 |
| 07/17/2023 | Matter admin | JS | $100.00 | 0.10 | $10.00 |
| 07/17/2023 | 2023_Substitution of Attorney - Civil (Without a Court Order)-signed created | JS | $100.00 | 0.10 | $10.00 |
| 07/17/2023 | 20230711_CivilCase_Coversheet_addendum created | JS | $100.00 | 0.10 | $10.00 |
| 07/17/2023 | 1 email sent/reviewed | JS | $100.00 | 0.20 | $20.00 |
| 07/17/2023 | Services provided on 7/17/2023<br>- 6 internal messages sent/reviewed (0.10hrs) | DTL | $625.00 | 0.10 | $62.50 |
| 07/18/2023 | 4 emails sent/reviewed | JS | $100.00 | 0.30 | $30.00 |
| 07/19/2023 | Summons Affidavit_26812244_Proof_of_Service_20230720005752188 created | JS | $100.00 | 0.10 | $10.00 |

| Date | Description | Initials | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 08/03/2023 | Services provided on 8/3/2023<br>- 1 internal message sent/reviewed (0.10hrs) | DTL | $625.00 | 0.10 | $62.50 |
| 08/09/2023 | 20230809_RFAs to_MFG_Set One created, then edited | JS | $100.00 | 0.40 | $40.00 |
| 08/09/2023 | RFPs_MFG_Set One created, then edited | JS | $100.00 | 0.30 | $30.00 |
| 08/09/2023 | 20230809_SRogs_MFG_Set One created, then edited | JS | $100.00 | 0.40 | $40.00 |
| 08/09/2023 | 20230809_Deposition notice - Arbitration_Manufacturer created, then edited | JS | $100.00 | 0.30 | $30.00 |
| 08/09/2023 | 20230809_Form Interrogatories General created, then edited | JS | $100.00 | 0.10 | $10.00 |
| 08/14/2023 | 998-01 - Yarovoy, Vadim reviewed | JS | $100.00 | 0.10 | $10.00 |
| 08/14/2023 | Services provided on 8/14/2023<br>- 3 internal messages sent/reviewed (0.10hrs) | DTL | $625.00 | 0.10 | $62.50 |
| 08/15/2023 | Services provided on 8/15/2023<br>- 20230522_Yarovoy_SAR_DTL_edits2 reviewed (0.10hrs)<br>- 2023.05.24_Tesla_Settlement_Offer reviewed (0.10hrs)<br>- 2 internal messages sent/reviewed (0.10hrs) | DTL | $625.00 | 0.30 | $187.50 |
| 08/16/2023 | 1 email sent/reviewed | JS | $100.00 | 0.10 | $10.00 |
| 08/16/2023 | Services provided on 8/16/2023<br>- 2 internal messages sent/reviewed (0.10hrs)<br>- Matter admin (0.10hrs) | DTL | $625.00 | 0.20 | $125.00 |
| 08/17/2023 | 202300816_REMFC created, then reviewed | JS | $100.00 | 0.10 | $10.00 |
| 08/17/2023 | Ex A-Complaint reviewed | JS | $100.00 | 0.10 | $10.00 |
| 08/17/2023 | 20230816_CRPDS01 created | JS | $100.00 | 0.10 | $10.00 |
| 08/17/2023 | 20230816_Civil Cover Sheet FINAL created | JS | $100.00 | 0.10 | $10.00 |
| 08/18/2023 | Matter admin | JS | $100.00 | 0.30 | $30.00 |
| 08/18/2023 | 1 email sent/reviewed | JS | $100.00 | 0.10 | $10.00 |
| 08/21/2023 | Consent or Declination to Magistrate Judge Jurisdiction created, then edited | JS | $100.00 | 0.60 | $60.00 |
| 08/21/2023 | Matter admin | JS | $100.00 | 0.10 | $10.00 |
| 08/21/2023 | 2 emails sent/reviewed | JS | $100.00 | 0.10 | $10.00 |
| 08/21/2023 | Services provided on 8/21/2023<br>- Consent or Declination to Magistrate Judge Jurisdiction reviewed (0.10hrs)<br>- 20230711_Notice of E-Filing Confirmation_Complaint reviewed (0.10hrs)<br>- Consent or Declination to Magistrate Judge Jurisdiction reviewed (0.20hrs)<br>- 10 internal messages sent/reviewed (0.10hrs) | DTL | $625.00 | 0.50 | $312.50 |
| 08/22/2023 | 3 emails sent/reviewed | JS | $100.00 | 0.10 | $10.00 |

| Date | Description | Initials | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 08/22/2023 | Services provided on 8/22/2023<br>- 20230814_CCP 998_Offer to compromise reviewed (0.10hrs)<br>- Phone Call To: Vadim Yarovoy (0.20hrs)<br>- 12 internal messages sent/reviewed (0.30hrs) | DTL | $625.00 | 0.60 | $375.00 |
| 08/23/2023 | Services provided on 8/23/2023<br>- 2 internal messages sent/reviewed (0.10hrs) | DTL | $625.00 | 0.10 | $62.50 |
| 08/24/2023 | 20230824_Deposition notice - Arbitration_Manufacturer edited | JS | $100.00 | 0.10 | $10.00 |
| 08/24/2023 | 20230824_RFAs to_MFG_Set One edited | JS | $100.00 | 0.10 | $10.00 |
| 08/24/2023 | 20230824_SRogs_MFG_Set One edited | JS | $100.00 | 0.10 | $10.00 |
| 08/24/2023 | Auto_Fraud_Warranty_Complaint - LATEST reviewed | JS | $100.00 | 0.20 | $20.00 |
| 08/24/2023 | Motion to Strike Affirmative Defenses created | JS | $100.00 | 0.30 | $30.00 |
| 08/24/2023 | 20230816_CRPDS01 reviewed | JS | $100.00 | 0.10 | $10.00 |
| 08/24/2023 | 20230824_Motion to Strike Affirmative Defenses_Draft created, then edited | JS | $100.00 | 0.10 | $10.00 |
| 08/24/2023 | 1 email sent/reviewed | JS | $100.00 | 0.10 | $10.00 |
| 08/24/2023 | Services provided on 8/24/2023<br>- Memo edited - Link (0.20hrs)<br>- 3 internal messages sent/reviewed (0.10hrs) | DTL | $625.00 | 0.30 | $187.50 |
| 08/25/2023 | Consent or Declination to Magistrate Judge Jurisdiction edited | JS | $100.00 | 0.10 | $10.00 |
| 08/25/2023 | 20230823_Tesla_Answer_Doc_6 reviewed | JS | $100.00 | 0.20 | $20.00 |
| 08/25/2023 | Consent or Declination to Magistrate Judge Jurisdiction reviewed | JS | $100.00 | 0.10 | $10.00 |
| 08/25/2023 | Consent or Declination to Magistrate Judge Jurisdiction reviewed | JS | $100.00 | 0.10 | $10.00 |
| 08/25/2023 | 4 emails sent/reviewed | JS | $100.00 | 0.10 | $10.00 |
| 08/25/2023 | Services provided on 8/25/2023<br>- 8 internal messages sent/reviewed (0.10hrs) | DTL | $625.00 | 0.10 | $62.50 |
| 08/28/2023 | 20230828_Stipulation & Proposed Order Selecting ADR Process_Draft created, then edited and reviewed | JS | $100.00 | 0.20 | $20.00 |
| 08/28/2023 | 20230828_ADR Certification by Parties and Counsel_Draft created | JS | $100.00 | 0.10 | ~~$10.00~~ |
| 08/28/2023 | 20230828_Stipulation & Proposed Order Selecting ADR Process_Draft reviewed | JS | $100.00 | 0.10 | ~~$10.00~~ |
| 08/28/2023 | Services provided on 8/28/2023<br>- 20230828_ADR Certification by Parties and Counsel_Draft reviewed (0.10hrs)<br>- 20230828_Stipulation & Proposed Order Selecting ADR Process_Draft reviewed (0.10hrs)<br>- 1 internal message sent/reviewed (0.10hrs) | DTL | $625.00 | 0.30 | ~~$187.50~~ |

| Date | Description | | | | |
|---|---|---|---|---|---|
| 08/29/2023 | Services provided on 8/29/2023<br>- 1 internal message sent/reviewed (0.10hrs) | DTL | $625.00 | 0.10 | $62.50 |
| 09/01/2023 | list of deadlines based on the hearing date 10/19/2023 created, then reviewed | JS | $100.00 | 0.70 | $70.00 |
| 09/01/2023 | Matter admin | JS | $100.00 | 0.20 | ~~$20.00~~ |
| 09/01/2023 | 1 email sent/reviewed | JS | $100.00 | 0.10 | $10.00 |
| 09/27/2023 | Matter admin | JS | $100.00 | 0.10 | $10.00 |
| 09/27/2023 | 1 email sent/reviewed | JS | $100.00 | 0.10 | $10.00 |
| 09/27/2023 | Services provided on 9/27/2023<br>- 1 internal message sent/reviewed (0.10hrs) | DTL | $625.00 | 0.10 | $62.50 |
| 09/28/2023 | 2 emails sent/reviewed | JS | $100.00 | 0.20 | $20.00 |
| 09/28/2023 | Services provided on 9/28/2023<br>- ESI_Checklist-12-1-2015 created (0.10hrs)<br>- ESI_Guidelines-12-1-2015 created (0.10hrs)<br>- Memo edited - call with client (0.10hrs)<br>- Memo created - Tesla Bond Company (0.10hrs)<br>- Memo created, then edited - Soheyl conf re Settlement, ESI, and Rule 26f Conference (0.10hrs)<br>- 6 internal messages sent/reviewed (0.10hrs) | DTL | $625.00 | 0.60 | $375.00 |
| 09/29/2023 | 20230929_Stip_E-discoveryOrderStandard reviewed | JS | $100.00 | 0.20 | $20.00 |
| 09/29/2023 | 20230929_Stip E-discovery OrderStandard.docx created, then edited and reviewed | JS | $100.00 | 0.10 | $10.00 |
| 09/29/2023 | 3 emails sent/reviewed | JS | $100.00 | 0.10 | $10.00 |
| 09/29/2023 | Services provided on 9/29/2023<br>- 20230929_Stip E-discovery OrderStandard.docx reviewed (0.10hrs)<br>- 20230929_Stip_E-discoveryOrderStandard created (0.20hrs)<br>- 20230929_Stip_E-discoveryOrderStandard created (0.20hrs)<br>- 4 internal messages sent/reviewed (0.10hrs) | DTL | $625.00 | 0.60 | $375.00 |
| 10/02/2023 | Model Stipulated Protective Order created, then edited | JS | $100.00 | 0.10 | $10.00 |
| 10/02/2023 | Services provided on 10/2/2023<br>- 1 internal message sent/reviewed (0.10hrs) | DTL | $625.00 | 0.10 | $62.50 |
| 10/03/2023 | 20231003_Settlement Agreement ltr reviewed | JS | $100.00 | 0.10 | $10.00 |
| 10/03/2023 | Model Stipulated Protective Order edited and reviewed | JS | $100.00 | 1.00 | $100.00 |
| 10/03/2023 | Motion to Strike Affirmative Defenses reviewed | JS | $100.00 | 0.10 | $10.00 |
| 10/03/2023 | 20230711_Notice of E-Filing Confirmation_Complaint reviewed | JS | $100.00 | 0.10 | $10.00 |
| 10/03/2023 | Model Stipulated Protective Order reviewed | JS | $100.00 | 0.10 | $10.00 |
| 10/03/2023 | 20231003_Settlement Agreement ltr created | JS | $100.00 | 0.10 | $10.00 |
| 10/03/2023 | 20231003_Settlement Agreement ltr created | JS | $100.00 | 0.10 | $10.00 |

| Date | Description | Attorney | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 10/03/2023 | 7 emails sent/reviewed | JS | $100.00 | 0.40 | $40.00 |
| 10/03/2023 | Services provided on 10/3/2023<br>- Model Stipulated Protective Order reviewed (0.20hrs)<br>- 20231003_Settlement Agreement ltr created (0.40hrs)<br>- 20230711_Yarovoy_Auto_Warranty_Complaint_FINAL reviewed (0.10hrs)<br>- ESI_Checklist-12-1-2015 reviewed (0.10hrs)<br>- Memo edited and reviewed - Soheyl conf re Settlement, ESI, and Rule 26f Conference (0.30hrs)<br>- 25 internal messages sent/reviewed (0.30hrs) | DTL | $625.00 | 1.40 | $875.00 |
| 10/04/2023 | Services provided on 10/4/2023<br>- 1 internal message sent/reviewed (0.10hrs)<br>- Matter admin (0.10hrs) | DTL | $625.00 | 0.20 | $125.00 |
| 10/05/2023 | 20231005_Time_and_expenses_report created, then reviewed | JS | $100.00 | 0.30 | $30.00 |
| 10/05/2023 | 20200527_CertificateofTitle reviewed | JS | $100.00 | 0.10 | $10.00 |
| 10/05/2023 | 20231005_Time_and_expenses_report reviewed | JS | $100.00 | 0.10 | $10.00 |
| 10/05/2023 | 1 email sent/reviewed | JS | $100.00 | 0.10 | $10.00 |
| 10/05/2023 | Services provided on 10/5/2023<br>- 8 internal messages sent/reviewed (0.10hrs) | DTL | $625.00 | 0.10 | $62.50 |
| 10/06/2023 | Registration_exp_07022024 created | JS | $100.00 | 0.10 | $10.00 |
| 10/06/2023 | 6 emails sent/reviewed | JS | $100.00 | 0.20 | $20.00 |
| 10/06/2023 | Services provided on 10/6/2023<br>- 10 internal messages sent/reviewed (0.10hrs) | DTL | $625.00 | 0.10 | $62.50 |
| 10/09/2023 | Back_Side_Certificate of title edited | JS | $100.00 | 0.10 | $10.00 |
| 10/09/2023 | 6 emails sent/reviewed | JS | $100.00 | 0.40 | $40.00 |
| 10/09/2023 | Services provided on 10/9/2023<br>- 3 internal messages sent/reviewed (0.10hrs) | DTL | $625.00 | 0.10 | $62.50 |
| 10/10/2023 | 3 emails sent/reviewed | JS | $100.00 | 0.20 | $20.00 |
| 10/11/2023 | Matter admin | JS | $125.00 | 0.10 | $12.50 |
| 10/11/2023 | Memo edited - Tesla Bond Company | JS | $125.00 | 0.10 | $12.50 |
| 10/11/2023 | 6 internal messages sent/reviewed | JS | $125.00 | 0.30 | $37.50 |
| 10/11/2023 | Memo edited - Soheyl conf re Settlement, ESI, and Rule 26f Conference | JS | $125.00 | 0.10 | $12.50 |
| 10/11/2023 | 8 internal messages sent/reviewed | DTL | $675.00 | 0.60 | $405.00 |
| 10/11/2023 | FRCP 68 - Yarovoy, Vadim reviewed | DTL | $675.00 | 0.20 | $135.00 |
| 10/12/2023 | Tesla Registration 2022-23 reviewed | JS | $125.00 | 0.10 | $12.50 |
| 10/12/2023 | 1 email sent/reviewed regarding Yarovoy - 2014 Tesla Model S | JS | $125.00 | 0.10 | $12.50 |
| 10/12/2023 | Registration_exp_07022024 reviewed | JS | $125.00 | 0.10 | $12.50 |

| | | | | | |
|---|---|---|---|---|---|
| 10/12/2023 | 33 internal messages sent/reviewed | JS | $125.00 | 0.40 | $50.00 |
| 10/12/2023 | 20200527_CertificateofTitle reviewed | JS | $125.00 | 0.10 | $12.50 |
| 10/12/2023 | REG-262 created | DTL | $675.00 | 0.10 | $67.50 |
| 10/12/2023 | 20231003_Settlement Agreement ltr reviewed | DTL | $675.00 | 0.10 | $67.50 |
| 10/12/2023 | 17 internal messages sent/reviewed | DTL | $675.00 | 0.20 | $135.00 |
| 10/13/2023 | 4 internal messages sent/reviewed | JS | $125.00 | 0.10 | $12.50 |
| 10/13/2023 | 1 internal message sent/reviewed | DTL | $675.00 | 0.10 | $67.50 |
| 10/13/2023 | Matter admin | DTL | $675.00 | 0.20 | $135.00 |
| 10/16/2023 | 5 internal messages sent/reviewed | JS | $125.00 | 0.10 | $12.50 |
| 10/16/2023 | Reg262_Signed created | JS | $125.00 | 0.10 | $12.50 |
| 10/16/2023 | Reg262_Signed reviewed | DTL | $675.00 | 0.30 | $202.50 |
| 10/18/2023 | 1 email sent/reviewed regarding Vadim Yarovoy - 2014 Tesla Model S - vehicle surrender | JS | $125.00 | 0.10 | $12.50 |
| 10/18/2023 | 10 internal messages sent/reviewed | JS | $125.00 | 0.20 | $25.00 |
| 10/18/2023 | 2 emails sent/reviewed regarding Yarovoy - 2014 Tesla Model S | JS | $125.00 | 0.10 | $12.50 |
| 10/18/2023 | 1 email sent/reviewed regarding Yarovoy v Tesla | JS | $125.00 | 0.10 | $12.50 |
| 10/18/2023 | 3 internal messages sent/reviewed | DTL | $675.00 | 0.10 | $67.50 |
| 10/19/2023 | Matter admin | DTL | $675.00 | 0.10 | $67.50 |
| 10/20/2023 | 2 internal messages sent/reviewed | JS | $125.00 | 0.10 | $12.50 |
| 10/20/2023 | Memo created - call w Soheyl re fees and costs | DTL | $675.00 | 0.10 | $67.50 |
| 10/20/2023 | 4 internal messages sent/reviewed | DTL | $675.00 | 0.20 | $135.00 |
| 10/23/2023 | 19 internal messages sent/reviewed | JS | $125.00 | 0.20 | $25.00 |
| 10/23/2023 | 20230816_CRPDS01 reviewed | JS | $125.00 | 0.10 | $12.50 |
| 10/23/2023 | NOM attorneys fees and cost created | JS | $125.00 | 0.50 | $62.50 |
| 10/23/2023 | 20230711_Yarovoy_Auto_Warranty_Complaint_FINAL reviewed | JS | $125.00 | 0.10 | $12.50 |
| 10/23/2023 | 1 email sent/reviewed regarding Yarovoy - 2014 Tesla Model S | JS | $125.00 | 0.10 | $12.50 |
| 10/23/2023 | 20230711_Notice of Case Management Conference reviewed | JS | $125.00 | 0.10 | $12.50 |
| 10/23/2023 | 5 emails sent/reviewed regarding Vadim Yarovoy - 2014 Tesla Model S - vehicle surrender | JS | $125.00 | 0.20 | $25.00 |
| 10/23/2023 | 20231023_NOM attorneys fees and cost_DRAFT created, then edited | JS | $125.00 | 0.40 | $50.00 |
| 10/23/2023 | 8 internal messages sent/reviewed | DTL | $675.00 | 0.40 | $270.00 |

| Date | Description | Attorney | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 10/24/2023 | 1 email sent/reviewed regarding Yarovoy - 2014 Tesla Model S | JS | $125.00 | 0.10 | $12.50 |
| 10/24/2023 | 1 email sent/reviewed regarding Vadim Yarovoy - 2014 Tesla Model S - vehicle surrender | JS | $125.00 | 0.10 | $12.50 |
| 10/24/2023 | Vehicle surrender date with client attended | DTL | $675.00 | 1.00 | $675.00 |
| 10/25/2023 | NOM attorneys fees and cost reviewed | JS | $125.00 | 0.10 | $12.50 |
| 10/25/2023 | 1 internal message sent/reviewed | JS | $125.00 | 0.10 | $12.50 |
| 10/26/2023 | 1 email sent/reviewed regarding Yarovoy - 2014 Tesla Model S | JS | $125.00 | 0.20 | $25.00 |
| 10/26/2023 | 2 emails sent/reviewed regarding Vadim Yarovoy - 2014 Tesla Model S - vehicle surrender | JS | $125.00 | 0.20 | $25.00 |
| 10/27/2023 | 1 email sent/reviewed regarding Yarovoy - 2014 Tesla Model S | JS | $125.00 | 0.10 | $12.50 |
| 10/27/2023 | 5 internal messages sent/reviewed | JS | $125.00 | 0.10 | $12.50 |
| 11/01/2023 | 2 internal messages sent/reviewed | JS | $125.00 | 0.10 | $12.50 |
| 11/13/2023 | 20231113_Jt_Notice_re-Settlement_DRAFT created | DTL | $675.00 | 0.20 | $135.00 |
| 12/06/2023 | 2023.05.08 Yarovoy SAR_DTL_edits reviewed | DTL | $675.00 | 0.40 | $270.00 |
| 01/19/2024 | Matter admin | JS | $125.00 | 0.10 | $12.50 |
| 01/19/2024 | 20240119_ADR Certification by Parties and Counsel created, then edited and reviewed | JS | $125.00 | 0.20 | $25.00 |
| 01/19/2024 | 20240119_ADR Certification by Parties and Counsel_Signed edited | JS | $125.00 | 0.10 | $12.50 |
| 01/19/2024 | 11 internal messages sent/reviewed | JS | $125.00 | 0.20 | $25.00 |
| 01/19/2024 | 3 emails sent/reviewed regarding Case 3:23-cv-04182-JSC Yarovoy v. Tesla, Inc ADR Certification | JS | $125.00 | 0.60 | $75.00 |
| 01/19/2024 | 20240119_ADR Certification by Parties and Counsel_Signed reviewed | DTL | $675.00 | 0.10 | $67.50 |
| 01/19/2024 | 14 internal messages sent/reviewed | DTL | $675.00 | 0.10 | $67.50 |
| 01/19/2024 | 20240119_ADR Certification by Parties and Counsel reviewed | DTL | $675.00 | 0.10 | $67.50 |
| 01/24/2024 | 1 internal message sent/reviewed | JS | $125.00 | 0.10 | $12.50 |
| 01/24/2024 | 20240119_ADR Certification by Parties and Counsel_Signed reviewed | JS | $125.00 | 0.10 | $12.50 |
| 01/25/2024 | 6 internal messages sent/reviewed | JS | $125.00 | 0.10 | $12.50 |
| 01/25/2024 | 1 email sent/reviewed regarding Yarovoy v. Tesla | JS | $125.00 | 0.10 | $12.50 |
| 01/25/2024 | 2 internal messages sent/reviewed | DTL | $675.00 | 0.20 | $135.00 |
| 01/29/2024 | 4 internal messages sent/reviewed | JS | $125.00 | 0.10 | $12.50 |
| 01/29/2024 | 1 internal message sent/reviewed | DTL | $675.00 | 0.10 | $67.50 |

| Date | Description | | | | |
|---|---|---|---|---|---|
| 02/01/2024 | 20240201_Admn_Mtn_re_Briefing_Schedule created, then edited and reviewed | DTL | $675.00 | 1.10 | $742.50 |
| 02/01/2024 | 20240201_Admn_Mtn_re_Briefing_Schedule created, then edited | DTL | $675.00 | 0.10 | $67.50 |
| 02/01/2024 | [Prop] Order re Reset Schedule created | DTL | $675.00 | 0.20 | $135.00 |
| 02/01/2024 | 20240201_LeBel_Decl_re_Briefing_Schedule created, then edited | DTL | $675.00 | 0.30 | $202.50 |
| 02/01/2024 | 3 internal messages sent/reviewed | DTL | $675.00 | 0.20 | $135.00 |
| 02/01/2024 | [Prop] Order re Reset Schedule_FINAL created | DTL | $675.00 | 0.20 | $135.00 |
| 02/02/2024 | 14 internal messages sent/reviewed | JS | $125.00 | 0.20 | $25.00 |
| 02/02/2024 | [Prop] Order re Reset Schedule created | DTL | $675.00 | 0.10 | $67.50 |
| 02/02/2024 | 5 internal messages sent/reviewed | DTL | $675.00 | 0.10 | $67.50 |
| 02/04/2024 | 1 internal message sent/reviewed | DTL | $675.00 | 0.10 | $67.50 |
| 02/05/2024 | 20231005_Time_and_expenses_report reviewed | DTL | $675.00 | 0.70 | $472.50 |
| 02/06/2024 | 20240206_LeBel_Decl_ISO_Atty_Fees created, then edited and reviewed | DTL | $675.00 | 0.60 | $405.00 |
| 02/07/2024 | 20 internal messages sent/reviewed | JS | $125.00 | 0.40 | $50.00 |
| 02/07/2024 | Kaufman_Decl_Att_Fees & Cost created, then edited and reviewed | JS | $125.00 | 0.30 | $37.50 |
| 02/07/2024 | 20240201_Amended_LeBel_Decl_re_Briefing_Schedule reviewed | JS | $125.00 | 0.10 | $12.50 |
| 02/07/2024 | 20240207_Kaufman_Decl_Att_Fees & Cost.docx reviewed | DTL | $675.00 | 0.20 | $135.00 |
| 02/07/2024 | 10 internal messages sent/reviewed | DTL | $675.00 | 0.20 | $135.00 |
| 02/07/2024 | 20240207_Kaufman_Decl_DTL edits_V2 created, then reviewed | DTL | $675.00 | 0.10 | $67.50 |
| 02/07/2024 | 20240207_Kaufman_Decl_DTL edits reviewed | DTL | $675.00 | 0.10 | $67.50 |
| | | | | **82.00** | **$25,662.50** |

# Expenses

| Date | Description | Cost | Qty | Total |
|---|---|---|---|---|
| 07/11/2023 | InfoTrack - CA: New Case Filing - #23AA00097702 - Vadim Yarovoy v Vadim Yarovoy: Complaint (4 filings) | $454.90 | 1.00 | $454.90 |
| 07/13/2023 | InfoTrack - InfoTrack: Process Serving - #9185675 - YAROVOY vs TESLA MOTORS INC.: Tesla Motors Inc. | $40.00 | 1.00 | $40.00 |
| 07/17/2023 | InfoTrack - CA: File To Existing - #23AA00100598 - YAROVOY vs TESLA MOTORS INC.: Civil Case Cover Sheet (1 filing) | $19.90 | 1.00 | $19.90 |
| 07/20/2023 | InfoTrack - CA: File To Existing - #23AA00102884 - YAROVOY vs TESLA MOTORS INC.: Proof of Personal Service (1 filing) | $19.90 | 1.00 | $19.90 |

| | | | | | |
|---|---|---|---|---|---|
| 07/20/2023 | InfoTrack - CA: File To Existing - #23AA00102466 - YAROVOY vs TESLA MOTORS INC.: Proof of Personal Service (1 filing) | | $19.90 | 1.00 | $19.90 |
| | | | | | **$554.60** |

| | |
|---|---|
| **Subtotal** | **$27,372.10** |
| **Write Offs** | **-$1,155.00** |
| **Total** | **$26,217.10** |
| **Total Balance Due** | **$26,217.10** |

## Professional Fee Summary

| Name | Initials | Hours | Rate | Total |
|---|---|---|---|---|
| Daniel LeBel | DTL | 9.10 | $675.00 | $6,142.50 |
| Daniel LeBel | DTL | 1.30 | $675.00 | ~~$877.50~~ |
| Daniel LeBel | DTL | 23.40 | $625.00 | $14,625.00 |
| Daniel LeBel | DTL | 0.30 | $625.00 | ~~$187.50~~ |
| Jacqueline Sorto | JS | 7.80 | $125.00 | $975.00 |
| Jacqueline Sorto | JS | 39.20 | $100.00 | $3,920.00 |
| Jacqueline Sorto | JS | 0.90 | $100.00 | ~~$90.00~~ |
| **Total** | | **82.00** | | **$25,662.50** |

## Prior Balances

| Date | Invoice Number | Due Date | Amount | Payments/Credits | Due |
|---|---|---|---|---|---|
| **Total** | | | **$0.00** | **$0.00** | **$0.00** |