UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VADIM YAROVOY,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>TESLA MOTORS, INC. and DOES 1-20;<br><br>　　　　Defendants. | Case No. 5:23-cv-4182-JSC<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS**<br><br>Judge: Hon. Jacqueline Scott Corley |

　　The Court, having read and considered PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS ("Motion") and for good cause shown, GRANTS Plaintiff's Motion. The Court finds Plaintiff counsel, Daniel T. LeBel's current rate of $675/hr. reasonable, and approves the lodestar of $26,817.50 and $554.60 in compensable costs. Plaintiff's additional fees of $12,500 for having to brief and argue the Motion are also GRANTED.

IT IS SO ORDERED.

DATED: 　　　　　　　　　　　　　　　　　　　　　　　　　_____

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Hon. Jacqueline Scott Corley
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR ATTORNEYS FEES AND COSTS**